| | |
|---|---|
| *Trustee's Name, Address, Phone, Fax, Email:*<br>SANDRA J. LOOMIS<br>P.O. BOX 240937<br>HONOLULU, HI  96824-0937<br>Phone:  (808) 377-5214<br>Fax:      (808) 373-4315<br>Email: | **UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF HAWAII** |
| Debtor(s):<br>**JASON KIM** | Case No.: 04-02721<br>Chapter 7 |

| | |
|---|---|
| **NOTICE OF DEPOSIT OF UNCLAIMED FUNDS** | |
| Total funds being deposited with the court pursuant to Fed. R. Bankr. P. 3011: This amount represents unclaimed funds on the claim(s) listed below. | $  6,127.30 |

[*List claimants for unclaimed funds below - attach continuation sheets if necessary.*]

| *Claim No.* | *Claimant Name and Address* | *Amount* |
|---|---|---|
| 1 | Il Chul Park<br>6710 Hawaii Kai Drive, #906<br>Honolulu, Hawaii 96825-1536 | $  2,543.36 |
| 13 | Suk Jun Yun<br>1255 Nuuanu Avenue, #2811<br>Honolulu, Hawaii 96817 | $  1,369.49 |
| 14 | Kyung Sung Kim<br>739 Hausten St., #A608<br>Honolulu, Hawaiii 96826 | $  1,506.44 |
| 15A | State of Hawaii, Dept. Of Labor & Industrial Relations<br>Unemployment Insurance Division<br>P. O. Box 700<br>Honolulu, Hawaii 96809 | $  694.80 |
| 15B | State of Hawaii, Dept. Of Labor & Industrial Relations<br>Unemployment Insurance Division<br>P. O. Box 700<br>Honolulu, Hawaii 96809 | $  13.21 |
| Dated: June 16, 2009 | /s/ SANDRA J. LOOMIS<br>          Trustee | |